JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RUBIO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　　Defendant.<br>_____ | Case No. ED CV 10-1413-SP<br><br>**JUDGMENT** |

　　　Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: November 1, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE SHERI PYM
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE